Diego Rodriguez
1317 Edgewater Drive #5077
Orlando, FL 32804
(208) 891-7728
freedommanpress@protonmail.com
*a Pro Se litigant*

# IN THE FLORIDA MIDDLE DISTRICT COURT
# OF THE UNITED STATES OF AMERICA

| | |
|---|---|
| DIEGO RODRIGUEZ, individually; LEVI ANDERSON, individually; MARISSA ANDERSON, individually; MIRANDA CHAVOYA, individually<br>    Plaintiffs,<br>   vs.<br><br>ST. LUKE'S HOSPITAL, a corporation; IDAHO DEPARTMENT OF HEALTH AND WELFARE, a corporation; DAVE JEPPESEN, an individual; TRACY JUNGMAN, an individual; ROXANNE PRINTZ, an individual; CITY OF MERIDIAN, a municipal corporation; KELSEY JOHNSTON, an individual; JEFF FULLER, an individual; STEVEN HANSEN, an individual; SEAN KING, an individual; KENNETH CAYGLE, an individual; CHRISTOPHER MCGILVERY, an individual; CHIEF TRACY BASTERRECHEA, an individual; and DOES I-X, inclusive, unknown parties<br>    Defendants. | Case No. 6:24-cv-486-WWB-EJK<br><br>**MOTION TO RECEIVE ELECTRONIC NOTIFICATION** |

The Plaintiff, DIEGO RODRIGUEZ, moves this court to allow Plaintiff to receive electronic notification for all filings and other relevant documentation on this case docket.  The email address to receive electronic notification is: freedommanpress@protonmail.com.

Unfortunately, standard US Postal Mail is too slow and does not allow me to be notified in time regarding issues pertaining to this case.  Additionally, I will be traveling significantly in the coming weeks and months and will not be available to receive standard US mail which would additionally cause problems in regards to the case.

DATED: March 25th, 2024                    By: */s/ Diego Rodriguez*_____
                                                                               Diego Rodriguez

## CERTIFICATE OF SERVICE

I certify I served a copy to:

| | |
|---|---|
| Erik Francis Stidham<br>Holland and Hart LLP<br>800 W. Main Street, Suite 1750<br>Boise, ID 83702-5974 | [ ] By Mail<br>[ ] By fax<br>[ X ] By Email/iCourt/eServe |
| Idaho Department of Health & Welfare<br>450 W State St., Fl 10<br>Boise, ID 83702 | [ ] By Mail<br>[ ] By fax (208-334-6558)<br>[ X ] By Email (Questions@dhw.idaho.gov) |
| Dave Jeppesen<br>450 W State St., Fl 10<br>Boise, ID 83702<br>(dave.jeppesen@dhw.idaho.gov) | [ ] By Mail<br>[ ] By fax (208-334-6558)<br>[ X ] By Email |
| Roxanne Printz<br>450 W State St., Fl 10<br>Boise, ID 83702<br>(roxanne.printz@dhw.idaho.gov) | [ ] By Mail<br>[ ] By fax (208-334-6558)<br>[ X ] By Email |
| City of Meridian<br>1401 E. Watertower St.<br>Meridian, ID 83642<br>(communications@meridiancity.org) | [ ] By Mail<br>[ ] By fax (208-846-7366)<br>[ X ] By Email |
| Kelsey Johnston<br>1401 E. Watertower St.<br>Meridian, ID 83642<br>(kjohnston@meridiancity.org) | [ ] By Mail<br>[ ] By fax (208-846-7366)<br>[ X ] By Email |
| Jeff Fuller<br>1401 E. Watertower St.<br>Meridian, ID 83642 | [ ] By Mail<br>[ ] By fax (208-846-7366)<br>[ X ] By Email (jfuller@meridiancity.org) |
| Steven Hansen<br>1401 E. Watertower St.<br>Meridian, ID 83642 | [ ] By Mail<br>[ ] By fax (208-846-7366)<br>[ X ] By Email (shansen@meridiancity.org) |

Sean King  
1401 E. Watertower St.  
Meridian, ID 83642  

[ ] By Mail  
[ ] By fax (208-846-7366)  
[ X ] By Email (sking@meridiancity.org)  

Kenneth Caygle  
1401 E. Watertower St.  
Meridian, ID 83642  

[ ] By Mail  
[ ] By fax (208-846-7366)  
[ X ] By Email (kcaygle@meridiancity.org)  

Christopher McGilvery  
1401 E. Watertower St.  
Meridian, ID 83642  
(cmcgilvery@meridiancity.org)  

[ ] By Mail  
[ ] By fax (208-846-7366)  
[ X ] By Email  

Chief Tracy Basterrechea  
1401 E. Watertower St.  
Meridian, ID 83642  
(tbasterrechea@meridiancity.org)  

[ ] By Mail  
[ ] By fax (208-846-7366)  
[ X ] By Email  

DATED: March 25th, 2024    By: */s/ Diego Rodriguez*  
                                Diego Rodriguez